

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00203-CV

Myra Morris, Kleberg County Attorney Kira Talip, and Kleberg County Judge Rudy
Madrid
v.
Corina Madrigal

On Appeal from the
105th District Court of Kleberg County, Texas
Trial Cause No. 15-124-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes the appeal should be dismissed. The Court orders the appeal

DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against

appellant.

We further order this decision certified below for observance.

June 11, 2015